No. 160. MILLER BROTHERS CO. *v.* MARYLAND. Appeal from the Court of Appeals of Maryland. Probable jurisdiction noted. *James Piper, William L. Marbury, William Poole* and *James L. Latchum* for appellant. *Edward D. E. Rollins,* Attorney General of Maryland, *J. Edgar Harvey,* Deputy Attorney General, and *Francis D. Murnaghan, Jr.,* Assistant Attorney General, for appellee.

No. 217. SUPERIOR FILMS, INC. *v.* DEPARTMENT OF EDUCATION OF OHIO, DIVISION OF FILM CENSORSHIP, HISSONG, SUPERINTENDENT. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. *Francis J. Wright, Michael Gesas, Earl F. Morris* and *John C. Harlor* for appellant. *C. William O'Neill,* Attorney General of Ohio, *Robert E. Leach,* Chief Counsel, and *Gwynne B. Myers,* Assistant Attorney General, for appellee.

No. 65. UNITED STATES *v.* BINGHAMTON CONSTRUCTION CO., INC. Court of Claims. Certiorari granted. *Acting Solicitor General Stern* for the United States. *Malcolm A. MacIntyre* for respondent.

No. 92. UNITED STATES *v.* CITY OF NEW BRITAIN ET AL. Supreme Court of Errors of Connecticut. Certiorari granted. *Acting Solicitor General Stern* for the United States. *William S. Gordon, Jr.* for the City of New Britain, respondent.